United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-51205
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RONALD JAY CLIFTON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-02-CR-48-ALL
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Ronald Jay Clifton pleaded guilty to counts one and two of
an information charging him with conspiracy to commit fraud and
securities fraud.  Clifton has appealed, raising issues related
to the district court's upward departure from the guideline
imprisonment range.  In his plea agreement, Clifton waived the
right to raise these issues on appeal and the record reflects
that the waiver was knowing and voluntary.  See United States v.
Melancon, 972 F.2d 566, 567-68 (5th Cir. 1992).  We caution
counsel that the assertion of issues on appeal that are plainly

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

barred by a plea agreement and the failure to explain in briefing why the defendant's issues are not waived invites the imposition of a sanction.  See <u>United States v. Martinez</u>, 263 F.3d 436, 438 (5th Cir. 2001).  The appeal is

DISMISSED.